# United States District Court

_____ DISTRICT OF _____

JOSEPH ROSEMOND,
    Plaintiff

V.

STOP AND SHOP SUPERMARKET COMPANY,
    Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30072-KPN

TO: (Name and address of defendant)

c/o
Corporation Service Co.
84 Federal Street
Boston, MA 02108

Stop and Shop Supermarket Company
1385 Hancock Street
Quincy, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tani E. Sapirstein
Sapirstein & Sapirstein, P.C.
1341 Main Street - 3rd Floor
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

/s/ Mary Finn
_____
(BY) DEPUTY CLERK

April 8, 2004
_____
DATE

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 20, 2004

I hereby certify and return that on 4/15/2004 at 2:10:00 PM I served a true and attested copy of the Summons, Complaint and Cover Sheet, and Category Sheet in this action in the following manner: To wit, by delivering in hand to B.Montanez, Process Clerk, agent, person in charge at the time of service for Stop and Shop Supermarket Company, at Corporation Services Co, 84 State Street, Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter

*Deputy Sheriff*

---

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹

NAME OF SERVER (PRINT)                    TITLE

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
           Date           Signature of Server

           _____
           Address of Server

(1)

AO 440 Rev. 10/93 Summons in a Civil Action