## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ROSEMOND,           )<br>            Plaintiff,     )<br>v.                         )<br>                           )<br>STOP AND SHOP SUPERMARKET  )<br>COMPANY,                   )<br>            Defendant.     )<br>                           ) | C.A. No. 04-30072-KPN |

**DEFENDANT THE STOP & SHOP SUPERMARKET COMPANY LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Defendant The Stop & Shop Supermarket Company LLC ("Stop & Shop") hereby submits its Corporate Disclosure Statement.

Stop & Shop's parent corporation is Ahold USA. Other than Ahold USA, no other publicly held company owns ten percent or more of Stop & Shop's stock.

Ahold USA's parent corporation is Royal Ahold NV. Other than Royal Ahold NV, no other publicly held company owns ten percent or more of Ahold USA's stock.

Royal Ahold NV has no parent corporation, and no publicly held company owns ten percent or more of Royal Ahold NV's stock.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **THE STOP & SHOP SUPERMARKET COMPANY LLC** |
|  | By its Attorneys, |
|  | /s/ Damian W. Wilmot_____ <br> Lisa J. Damon (BBO # 558843) <br> Damian W. Wilmot (BBO # 648693) <br> SEYFARTH SHAW LLP <br> World Trade Center East <br> Two Seaport Lane, Suite 300 <br> Boston, MA 02210-2028 |
| DATED: May 6, 2004 | (617) 946-4800 |

## CERTIFICATE OF SERVICE

I, Damian W. Wilmot, hereby certify that on May 6, 2004, I caused a true copy of the above to be delivered upon Plaintiff's attorney, Tani E. Sapirstein, Sapirstein & Sapirstein, P.C., 1341 Main Street, 3rd Floor, Springfield, MA 01103.

                                                              /s/ Damian W. Wilmot_____
                                                              Damian W. Wilmot