UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ROSEMOND,<br>Plaintiff<br><br>v.<br><br>STOP & SHOP SUPERMARKET<br>COMPANY LLC<br><br>Defendant. | C.A. No. 04-30072- KPN |

## LOCAL RULE 16.1 (D)(3) CERTIFICATION

We, Lisa J. Damon, Damian W. Wilmot and Yvette Politis, counsel for The Stop & Shop Supermarket Company LLC ("Stop & Shop") and James E. Venable, Jr. Esq., Employment & Regulatory Counsel for Stop & Shop, an authorized representative of Stop & Shop in this matter, hereby certify and affirm that we have conferred with respect to establishing a budget for the costs of full litigation and of various other alternative courses. Further, we have considered the use of alternative methods for resolving this dispute, including those methods outlined in Local Rule 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

**DEFENDANT**
**THE STOP & SHOP SUPERMARKET**
**COMPANY LLC**

By _____
James E. Venable, Jr. Employment &
Regulatory Counsel
The Stop & Shop Supermarket
Company LLC

DATE: 6/23/04

_____
Lisa J. Damon (BBO # 558843)
Yvette Politis (BBO # 644986)
Damian W. Wilmot (BBO # 648693)
**SEYFARTH SHAW LLP**
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATE: 6/24/04