UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH ROSEMOND,             )
          Plaintiff      )
                               )
v.                           )       Civil Action No. 04-30072-MAP
                               )
                               )
STOP & SHOP SUPERMARKET,     )
          Defendant      )

SCHEDULING ORDER
June 29, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by July 13, 2004.

2. All written discovery shall be completed by October 14, 2004.

3. Non-expert depositions shall be completed by January 10, 2005.

4. Counsel shall appear for a case management conference on January 19, 2005, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                        /s/ Kenneth P. Neiman
                        KENNETH P. NEIMAN
                        U.S. Magistrate Judge