UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30072-MAP

JOSEPH ROSEMOND, )
      COMPLAINANT )
)
v. )
)
STOP AND SHOP, )
      RESPONDENT )
_____)

## LOCAL RULE 16.1 (D) (3) CERTIFICATION

Pursuant to Local Rule 1.61 (D) (3), the Plaintiff, Joseph Rosemond, and the undersigned counsel, hereby affirm that the Plaintiff and the undersigned counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L. R. 16.4.

The Plaintiff,

_____
Joseph Rosemond

Date: 7/7/04

The Plaintiff, by his Attorney

_____
Tani E. Sapirstein
BBO #236850
SAPIRSTEIN & SAPIRSTEIN, P.C.
1341 Main Street - 3rd Floor
Springfield, MA 01103
Tel:  (413) 827-7500
Fax:  (413) 827-7797

K:\WP61\CASEFILE\ROSEMOND\16.1 Certification.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to :

>Damian W. Wilmot, Esq.
>Seyfarth Shaw LLP
>World Trade Center East
>Two Seaport Lane, Suite 300
>Boston, MA 02210-2028

_____
Tani E. Sapirstein

Date: July 7, 2004

J:\WP61\CASEFILE\ROSEMOND\Cert. of service.wpd