UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ROSEMOND,<br>      Plaintiff,<br>v.<br><br>STOP & SHOP SUPERMARKET COMPANY,<br>      Defendant. | )<br>)<br>)<br>)<br>)  C.A. NO. 04-30072-KPN<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Damian W. Wilmot as counsel for the Defendant, Stop & Shop Supermarket Company.

    Respectfully submitted,

    STOP & SHOP SUPERMARKET COMPANY

    By its attorneys,

    __/s/ Damian W. Wilmot_____
    Lisa J. Damon (BBO No. 558843)
    ldamon@seyfarth.com
    Yvette Politis (BBO No. 644986)
    ypolitis@seyfarth.com
    Damian W. Wilmot (BBO No. 648693)
    dwilmot@seyfarth.com
    SEYFARTH SHAW
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, Massachusetts 02210-2028
DATED:  August 12, 2004    (617) 946-4800

-2-

## CERTIFICATE OF SERVICE

    THIS IS TO CERTIFY that a copy of the foregoing document was sent to counsel for the plaintiff, reular mail, postage prepaid, on this 12th day of August, 2004.

                                                      /s/ Damian W. Wilmot_____
                                                 Damian W. Wilmot

BO1 15658331.1