UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30072-KPN

| | |
|---|---|
| **JOSEPH ROSEMOND,**<br>**PLAINTIFF**<br><br>v.<br><br>**STOP AND SHOP SUPERMARKET COMPANY,**<br>**DEFENDANT** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENTRY OF CONFIDENTIALITY AGREEMENT

Now come the parties to the above-captioned matter, through counsel, and hereby move this honorable Court to enter the Confidentiality Agreement attached hereto as an order in this matter.

Respectfully submitted,

| THE PLAINTIFF,<br>Joseph Rosemond,<br>By His Attorney | THE DEFENDANT,<br>Stop & Shop Supermarket Company, LLC,<br>By Its Attorney |
|---|---|
| By: _____<br>Tani E. Sapirstein<br>BBO 236850<br>Sapirstein & Sapirstein, P.C.<br>1341 Main Street – 3rd Floor<br>Springfield, MA 01103<br>Phone: (413) 827-7500<br>Fax: (413) 827-7797 | By: _____<br>Lisa J. Damon<br>BBO# 558843<br>Yvette Politis<br>BBO# 644986<br>Seyfarth Shaw LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Phone: (617) 946-4800 |

Dated: October 1, 2004

K:\WP61\CASEFILE\ROSEMOND\motion for conf. agmt.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to :

> Yvette Politis, Esq.
> Seyfarth Shaw LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028

Tani E. Sapirstein

Date: October 1, 2004

K:\WP61\CASEFILE\ROSEMOND\Cert. of service.wpd