UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ROSEMOND,           )<br>          Plaintiff,              )<br>v.                                       )<br>                                          )<br>STOP & SHOP SUPERMARKET  )<br>COMPANY LLC,                )<br>          Defendant.            )<br>                                          ) | C.A. No. 04-30072-KPN |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Yvette Politis of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02110, as counsel for the Defendant Stop & Shop Supermarket Company LLC in connection with the above-captioned action.

                Respectfully submitted,

                The STOP & SHOP COMPANY LLC
                By its attorneys,

                /s/ Yvette Politis
                Lisa J. Damon (BBO No. 558843)
                Yvette Politis (BBO No. 644986)
                SEYFARTH SHAW
                World Trade Center East
                Two Seaport Lane, Suite 300
                Boston, MA 02210
Dated:  October 8, 2004          (617) 946-4800

CERTIFICATE OF SERVICE

      I, Yvette Politis, hereby certify that on this 8th day of October, 2004, a true copy of the foregoing document was sent by regular mail to Counsel for Plaintiff.

                                    /s/ Yvette Politis
                                    Yvette Politis

BO1 15672836.1