UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.04-30072-MAP

| | |
|---|---|
| JOSEPH ROSEMOND<br>      Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| STOP AND SHOP SUPERMARKET<br>COMPANY,<br>      Defendant | )<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, Joseph Rosemond, and pursuant to Fed. R. Civ. Pro. Rule 15 hereby moves for permission to amend his complaint to correct certain typographical errors. A copy of the proposed amended complaint is attached hereto for the convenience of the Court. Allowing this amendment will not delay any trial in this matter.

WHEREFORE, the Plaintiff, Joseph Rosemond, hereby moves for leave to amend his complaint.

Respectfully submitted,
The Plaintiff, By His Attorney

_____
Tani E. Sapirstein, Esq.
BBO #236850
SAPIRSTEIN & SAPIRSTEIN
1341 Main Street, 3rd Floor
Springfield, MA 01103
Tel:  (413) 827-7500
Fax:  (413) 827-7797

Date: November 15, 2004

K:\WP61\CASEFILE\ROSEMOND\Motion to Amend Complaint.wpd