UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH ROSEMOND,                )
       Plaintiff(s)    )
                                  )
                                  )
v.                              )    Civil Action No. 04-30072-MAP
                                  )
                                  )
STOP AND SHOP SUPERMARKET       )
COMPANY,                        )
       Defendant(s))

REVISED SCHEDULING ORDER
January 20, 2005

NEIMAN, U.S.M.J.

The court, having allowed Defendant's Motion for Extension of Discovery Deadline and Scheduling Order (Doc. No. 22), establishes the following revised schedule:

1. All non-expert discovery, including depositions, shall be completed by February 7, 2005.

2. Counsel shall appear for a case management conference on February 18, 2005, at 10:00 a.m. in Courtroom Three. The January 19, 2005 case management conference is cancelled.

IT IS SO ORDERED.

                                                    /s/ Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge