UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH ROSEMOND,              )
       Plaintiff(s)    )
                                )
                                )
v.                            )   Civil Action No. 04-30072-MAP
                                )
                                )
STOP AND SHOP SUPERMARKET     )
COMPANY,                      )
       Defendant(s))

REVISED SCHEDULING ORDER
February 18, 2005

NEIMAN, U.S.M.J.

      The following schedule was established at the case management conference held this day:

1.    Plaintiff shall designate and disclose information regarding his trial experts as required by Fed. R. Civ. P. 26(a)(2) by April 15, 2005.

2.    All expert depositions shall be completed by May 13, 2005.

3.    Defendant shall file its motion for summary judgment by May 27, 2005, or inform the court in writing by that date that no such motion will be filed.

4.    Plaintiff shall file his opposition to Defendant's motion, if any, by June 15, 2005.

5.    If no motion for summary judgment is filed, counsel shall appear for a final pretrial conference before District Judge Michael A. Ponsor on June 28, 2005, at 2:00 p.m. in Courtroom One.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the

Procedural Order entered this date. If a motion for summary judgment is filed, the pretrial conference is cancelled.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge