UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH ROSEMOND, )
        Plaintiff )
)
v. ) Civil Action No. 04-30072-MAP
)
)
STOP AND SHOP SUPERMARKET )
COMPANY, )
        Defendant(s))

<u>FURTHER SCHEDULING ORDER</u>
May 16, 2005

NEIMAN, U.S.M.J.

After hearing this day, the court hereby ALLOWS Defendant's Motion to Extend Scheduling Order (Document No. 28) and revises the schedule as follows:

1. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 10, 2005.

2. Plaintiff's expert's deposition shall be completed by June 13, 2005, and Defendant's expert's deposition shall be completed by June 30, 2005.

3. Defendant shall file its motion for summary judgment by July 8, 2005, or inform the court in writing by that date that no such motion will be filed.

4. Plaintiff shall file his opposition to Defendant's motion, if any, by July 29, 2005, and/or file his own motion for summary judgment by that day or inform the court in writing that no such motion will be filed.

5. Defendant shall respond to Plaintiff's motion for summary judgment, if

      any, by August 19, 2005.

6.    If no motion for summary judgment is filed, counsel shall appear for a final pretrial conference before District Judge Michael A. Ponsor on September 30, 2005, at 2:30 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date. If a motion for summary judgment is filed, the pretrial conference is cancelled.

   IT IS SO ORDERED.

DATED: May 16, 2005

                                                  /s/ Kenneth P. Neiman  
                                                KENNETH P. NEIMAN  
                                                U.S. Magistrate Judge