## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH ROSEMOND,<br>    Plaintiff | )<br>)<br>)<br>) |  |
| v. | ) | C.A. No. 04-30072- KPN |
| STOP AND SHOP SUPERMARKET<br>COMPANY, | )<br>)<br>)<br>) |  |
|     Defendant. | )<br>) |  |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the court and are available in paper form only:

1. Defendant's Motion to Seal or Impound Confidential Exhibits in Support of Defendant's Motion for Summary Judgment; and

2. Appendix in Support of Defendant's Motion for Summary Judgment.

The original documents are maintained in the case file in the Clerk's Office.

THE STOP & SHOP SUPERMARKET
COMPANY LLC

By their attorneys,

/s/ Yvette Politis
Lisa J. Damon (BBO # 558843)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Date: July 8, 2005

BO1 15725039.1