UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30072-MAP

| | |
|---|---|
| JOSEPH ROSEMOND,<br>    **Plaintiff** | )<br>)<br>) |
| v. | )<br>) |
| STOP AND SHOP SUPERMARKET COMPANY,<br>    **Defendant** | )<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN EXCESS OF TWENTY (20) PAGES (ASSENTED TO)

Now comes the Plaintiff, Joseph Rosemond, and pursuant to Local Rule 7.1(B)(4) hereby moves this Honorable Court for leave to file a Memorandum of Law in Support of his opposition to Defendant's Motion for Summary Judgment in excess of twenty (20) pages. As the basis for this Motion, the Plaintiff represents that in order to fully address and oppose the legal issues raised in Defendant's Motion for Summary Judgment, a Memorandum of Law in excess of twenty (20) pages is necessary.

Counsel for the Defendant has assented to the request of counsel for the Plaintiff to file a Memorandum of Law in excess of twenty (20) pages.

WHEREFORE, the Plaintiff, Joseph Rosemond, hereby respectively moves this Honorable Court for leave to file a Memorandum of Law in excess of twenty (20) pages in support of his Opposition to Defendant's Motion for Summary Judgment.

|  |  |
|---|---|
| The Plaintiff,<br>Joseph Rosemond,<br>By His Attorney, | ASSENTED TO:<br><br>The Defendant,<br>The Stop & Shop Supermarket<br>Company, LLC<br>By Its Attorney, |
| /s/ Tani E. C_____<br>Tani E. Sapirstein<br>BBO 236850<br>Sapirstein & Sapirstein, P.C.<br>1341 Main Street – 3rd Floor<br>Springfield, MA 01103<br>Phone: (413) 827-7500<br>Fax: (413) 827-7797 | /s/ Yvette Politis (TES)<br>Lisa J. Damon<br>BBO# 558843<br>Yvette Politis<br>BBO# 644986<br>Seyfarth Shaw LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Phone: (617) 946-4800 |

Date: July 22, 2005

K:\Carly's Documents\Rosemond\Motion leave 20 pages.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was served upon the following, via first class mail, postage prepaid, to:

    Lisa J. Damon, Esq.
    Seyfarth Shaw LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210-2028

                                                                 Tani E. Sapirstein

Dated: July 22, 2005
K:\Carly's Documents\Rosemond\Motion leave 20 pages.wpd