UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30072-MAP

JOSEPH ROSEMOND, )
    Plaintiff )
)
)
v. )
)
STOP AND SHOP, )
    Defendant )

## LIST OF EXHIBITS

1. Deposition of Joseph Rosemond;
2. Letter from Stop and Shop;
3. Deposition of David Terranova;
4. Deposition of Jeramie Rankin;
5. Deposition of Charles Ingalls;
6. Investigation Notes of Gerald Bidwell;
7. Deposition of Gerald Bidwell;
8. A Resolution Apologizing to the Victims of Lynching and the Descendants of Those Victims for the Failure of the Senate to Enact Anti-Lynching Legislation;
9. 151 CONG. REC. S6365-S6378 (daily ed. June 13, 2005)(statements of Sen. Mary Landrieu [D-LA], Sen. Mark Pryor [D-AR], Sen. Richard Durbin [D-IL]);
10. Deposition of Donald Barsolou;
11. Deposition of Kathleen Russello;
12. Deposition of Cynthia Flannery;
13. Rosemond Psychiatric Evaluation;
14. Defendant's Investigation Notes;

15. Associate Counseling Records;

16. Deposition of Kathleen Collins;

17. Equal Employment Opportunity Policy;

18. Anti-Harassment Policy; and

19. Harassment Prevention and Sensitivity Training;

K:\WP61\CASEFILE\ROSEMOND\List of Exhibits.wpd