UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH ROSEMOND, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-30072-KPN |
| | ) | |
| THE STOP & SHOP SUPERMARKET COMPANY LLC, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Brigitte M. Duffy of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02110, as counsel for Defendant The Stop & Shop Supermarket Company LLC, in connection with the above-captioned action.

Respectfully submitted,

THE STOP & SHOP SUPERMARKET COMPANY LLC
By its attorneys,

/s/ Brigitte M. Duffy
Lisa J. Damon (BBO No. 558843)
Brigitte M. Duffy (BBO No. 565724)
Yvette Politis (BBO No. 644986)
SEYFARTH SHAW
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Dated: August 17, 2005