**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | ) | |
| JOSEPH ROSEMOND, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-30072-KPN |
| | ) | |
| STOP AND SHOP SUPERMARKET | ) | |
| COMPANY, | ) | |
| Defendant. | ) | |
| | ) | |

**ASSENTED TO MOTION TO RESCHEDULE HEARING ON MOTION FOR**
**SUMMARY JUDGMENT TO OCTOBER 6, 2005**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), Defendant Stop & Shop ("Stop & Shop") hereby moves this Court to reschedule the date for arguments on Defendant's Motion For Summary Judgment from September 23, 2005 to October 6, 2005 at 11:30 a.m. As grounds for this motion, Defendant states as follows:

1.      Due to a previously scheduled conflict, Stop & Shop's lead counsel cannot attend the September 23, 2005 hearing on the Motion for Summary Judgment.

2.      Plaintiff, through his counsel, has expressly assented to this Motion.

WHEREFORE, Defendant respectfully requests that this Court allow its assented to motion to reschedule the hearing on Defendant's Motion for Summary Judgment until October 6, 2005.

2

Respectfully submitted,                          ASSENTED TO:

**STOP & SHOP SUPERMARKET CO.**                  **JOSEPH ROSEMOND**

By its attorney,                                 By his attorney,


/s/ Yvette Politis                               /s/ Tani Sapirstein
Lisa J. Damon (BBO # 558843)                     Tani E. Sapirstein (BBO # 236850)
Brigitte M. Duffy (BBO # 567724)                 Sapirstein & Sapirstein, P.C.
Yvette Politis (BBO # 644986)                    1341 Main Street
SEYFARTH SHAW LLP                                Third Floor
World Trade Center East                          Springfield, MA 01103
Two Seaport Lane, Suite 300                      (413) 827-7500
Boston, MA 02210-2028
(617) 946-4800

DATED: August 22, 2005                           DATED: August 22, 2005