UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ROSEMOND,<br>    Plaintiff,<br>v.<br><br>STOP AND SHOP SUPERMARKET COMPANY,<br>    Defendant. | C.A. No. 04-30072-KPN |

## DEFENDANT'S MOTION TO RESCHEDULE ORAL ARGUMENT ON ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), Defendant The Stop & Shop Supermarket Company LLC ("Stop & Shop") hereby moves this Court either to postpone the time for oral argument on its Motion for Summary Judgment from 11:30 a.m. to 2 p.m. or later on October 6, 2005 or to reschedule it to a later date. As grounds for this motion, Stop & Shop states the following:

    1.    The Court has scheduled oral argument on Stop & Shop's Motion for Summary to begin at 11:30 a.m., on Thursday, October 6, 2005.

    2.    Stop & Shop's parent company, Ahold, is based in The Netherlands. A group of executives from Ahold is scheduled to travel to Stop & Shop's headquarters in Quincy, Massachusetts for meetings on October 6, 2005.

    3.    James Venable, in-house counsel at Stop & Shop, who is overseeing this case and has actively participated in all phases of this litigation, will be unable to attend the oral argument unless it begins at 2 p.m. or later on October 6, because his attendance is required at morning meetings with Ahold executives and he will then need to travel to Springfield.

    4.    Alternatively, Stop & Shop requests that the argument be rescheduled to a later date.

    5.    Plaintiff's counsel does not assent to this motion.

WHEREFORE, Defendant Stop & Shop respectfully requests that this Court reschedule the start time for oral argument on its Motion for Summary Judgment from 11:30 a.m. to 2 p.m. or later on October 6, 2005 or reschedule it to a later date.

>Respectfully submitted,
>
>The Stop & Shop Supermarket Company LLC
>
>By its attorneys,
>
>/s/ Brigitte M. Duffy
>Lisa J. Damon (BBO # 558843)
>Brigitte M. Duffy (BBO # 567724)
>Yvette Politis (BBO # 644986)
>SEYFARTH SHAW LLP
>World Trade Center East
>Two Seaport Lane, Suite 300
>Boston, MA 02210-2028
>(617) 946-4800

Dated: September 230, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I, Lisa Damon, contacted counsel for Plaintiff, Tani Sapirstein to in a good faith attempt to resolve or narrow the issue(s) raised in the instant Motion.

>/s/ Lisa Damon