UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30072-MAP

| | |
|---|---|
| **JOSEPH ROSEMOND,** | ) |
|     **PLAINTIFF** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **STOP AND SHOP SUPERMARKET COMPANY,** | ) ) |
|     **DEFENDANT** | ) |

## AFFIDAVIT OF JOSEPH ROSEMOND

I, Joseph Rosemond, hereby depose and state:

1. After I filed my Opposition to Defendant's Motion for Summary Judgment, I was investigated by Stop & Shop regarding an incident which occurred in my current store on my day off.

2. Several "hangman" figures were found hanging throughout my current store.

3. The hangman figures were made from plastic twist ties.

4. These figures portrayed a man hanging from a noose.

Signed under the penalties of perjury this 26th day of April, 2006.

    /s/ Joseph Rosemond
Joseph Rosemond


    /s/ Tani E. Sapirstein
Notary Public
My commission expires: February 19, 2010

K:\CASEFILE\ROSEMOND\Affidavit.wpd