## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ROSEMOND,<br>    Plaintiff,<br>v.<br><br>STOP & SHOP SUPERMARKET COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. NO. 04-30072-KPN<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Yvette Politis as counsel for the Defendant, Stop & Shop Supermarket Company.

                                                            Respectfully submitted,

                                                           STOP & SHOP SUPERMARKET COMPANY

                                                           By its attorneys,

                                                            /s/ Yvette Politis
                                                           Lisa J. Damon (BBO No. 558843)
                                                           Brigitte M. Duffy (BBO No.567724)
                                                           Yvette Politis (BBO No. 644986)
                                                           Seyfarth Shaw LLP
                                                           World Trade Center East
                                                           Two Seaport Lane, Suite 300
                                                           Boston, Massachusetts 02210-2028
DATED:  May 8, 2006                              (617) 946-4800

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on May 8, 2006.

      /s/ Brigitte Duffy