UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30072-MAP

_____
JOSEPH ROSEMOND            )
        Plaintiff         )
                          )
v.                         )
                          )
STOP AND SHOP SUPERMARKET  )
COMPANY,                   )
        Defendant         )
_____ )

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**
**(SECOND)**

      Now comes the Plaintiff, Joseph Rosemond and pursuant to Fed. R. Civ. Pro. Rule 15(a) hereby moves this Honorable Court to allow him to amend his complaint to include a count for retaliation. The basis for this Motion is specified in the Memorandum of Law which accompanies this Motion. A copy of the proposed Amended Complaint is attached hereto for the convenience of the Court.

      WHEREFORE, the Plaintiff, Joseph Rosemond, hereby moves this Honorable Court to allow the Plaintiff to amend his complaint.

                                Respectfully submitted,
                                Plaintiff, Joseph Rosemond,
                                By His Attorney,

                                  /s/ Tani E. Sapirstein
                                Tani E.  Sapirstein, Esq.
                                BBO #236850
                                SAPIRSTEIN & SAPIRSTEIN, P.C.
                                1341 Main Street - 3rd Floor
                                Springfield, MA 01103
                                Tel:   (413)  827-7500
Dated: May 25, 2006            Fax:  (413)  827-7797


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to:

Lisa J. Damon, Esq.
Brigitte Duffy, Esq.
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028


                                 /s/ Tani E. Sapirstein
                                Tani E. Sapirstein, Esq.

Dated: May 25, 2006


## RULE 7.1 CERTIFICATION

I, Tani E. Sapirstein, hereby certify that I have conferred with Brigitte Duffy in a good faith attempt to resolve or narrow the issue which is the subject of this Motion.


                                 /s/ Tani E. Sapirstein
                                Tani E. Sapirstein, Esq.

K:\CASEFILE\ROSEMOND\Mot. to Amend Compl. 2nd.wpd