SAPIRSTEIN & SAPIRSTEIN, P.C.
ATTORNEYS AT LAW
1341 MAIN STREET, 3RD FLOOR
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE (413) 827-7500

JONATHAN C. SAPIRSTEIN*
TANI E. SAPIRSTEIN*

CARLY L. MASSEY

TELECOPIER (413) 827-7797
EMAIL: FIRM@SANDSLAW.COM
WWW.SANDSLAW.COM

*ALSO ADMITTED IN CONNECTICUT AND NEW YORK

May 16, 2006

Lisa J. Damon, Esq.
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

Via Facsimile 617-946-4801
and First Class Mail

Re:   Joseph Rosemond v. Stop and Shop Supermarket
      Company ("Stop and Shop")
      Civil Action No.: 04-30072-MAP

Dear Ms. Damon:

   Please consider this a formal request to supplement the responses of Stop and Shop to discovery in the above referenced matter by producing any and all documents which are responsive to Mr. Rosemond's discovery requests but have not yet been produced. Kindly include any and all documents which relate in any manner to any investigation into Mr. Rosemond's conduct as a Stop and Shop employee.

   Your prompt attention to this matter would be appreciated.

                              Very truly yours,

                              Tani E. Sapirstein, Esq.

TES/ljv

cc:   Mr. Joseph Rosemond

K:\CASEFILE\ROSEMOND\letter to atty damon 5-16-06.wpd