SAFIRSTEIN & SAFIRSTEIN, P.C.
ATTORNEYS AT LAW
1341 MAIN STREET, 3RD FLOOR
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE (413) 827-7500

JONATHAN C. SAFIRSTEIN*
TANI E. SAFIRSTEIN*

CARLY E. MASSEY

TELECOPIER (413) 827-7797
EMAIL: FIRM@SANDSLAW.COM
WWW.SANDSLAW.COM

*ALSO ADMITTED IN CONNECTICUT AND NEW YORK

June 5, 2006 

Brigitte Duffy, Esq.
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

**Via Facsimile - 617-946-4801
and First Class Mail**

Re:   Joseph Rosemond v. Stop and Shop Supermarket
      Company ("Stop and Shop")
      Civil Action No.: 04-30072-MAP

Dear Ms. Duffy:

This letter shall supplement and confirm our discussion regarding the above referenced matter. You contacted the undersigned on June 2, 2006 to request my assent to a motion to extend the deadline for filing an opposition to Plaintiff's Motion to Amend Complaint for a period of one (1) week. I responded that I would assent to your request provided that I receive any supplemental documents in Mr. Rosemond's personnel file, including but not limited to any such documents relating to the recent investigation into Mr. Rosemond's conduct and the discipline resulting therefrom, by the date on which you file the opposition. I explained that these documents may be necessary to filing any reply to such opposition. I further explained that I had requested these documents from Ms. Damon by letter dated May 16, 2006.

You acknowledged receipt of the May 16, 2006 letter but advised the undersigned that you had not had the opportunity to respond to same. Kindly consider this letter a supplemental request for any and all documents maintained in Mr. Rosemond's personnel file but not yet produced to the undersigned. This request specifically includes any and all documents regarding any investigation into Mr. Rosemond's conduct while an employee of Stop & Shop and any disciplinary action

resulting therefrom. Please provide any such documents as soon as possible but in no event later than June 9, 2006 time being of the essence.

                                                Very truly yours,

                                                Tani E. Sapirstein, Esq.

TES/ljv

cc:    Mr. Joseph Rosemond

K:\CASEFILE\ROSEMOND\let to Duffy 1.wpd