# SEYFARTH SHAW

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800

fax 617-946-4801

www.seyfarth.com

Writer's direct phone
(617) 946-4808

Writer's e-mail
bduffy@seyfarth.com

June 6, 2006

**VIA FACSIMILE (413) 827-7797 AND U.S. MAIL**

Tani Sapirstein, Esq.
Sapirstein & Sapirstein, P.C.
1341 Main Street - 3rd Floor
Springfield, MA 01103

   *Re: Rosemond v. Stop & Shop Supermarket Company*

Dear Ms. Sapirstein:

  This letter responds to yours May 16 and June 5, 2006 and follows up on our conversation last week concerning Stop & Shop's request that you assent to an extension of time to oppose plaintiff's motion to amend the complaint. You have requested that Stop & Shop supplement its responses to plaintiff's discovery requests and, in particular, have requested that Stop & Shop produce copies of "any and all documents regarding any investigation into Mr. Rosemond's conduct while an employee of Stop & Shop and any disciplinary action resulting therefrom." You conditioned your assent to Stop & Shop's request on its production of these documents by the date on which Stop & Shop files its opposition. As I indicated on the phone, I have not yet had a chance to review Rosemond's discovery requests to determine what supplementation is required. Further, we are unaware of any date by which Stop & Shop is required by applicable rules to provide supplemental responses. With respect to your specific request, we are in the process of collecting documents related to the investigation of Mr. Rosemond and once we have determined what documents he may be entitled to production of, we will produce them. Given our inability to reach agreement on Stop & Shop's requested extension, we will file a motion with Court seeking an extension of time.

         Sincerely,

         SEYFARTH SHAW LLP

         Brigitte M. Duffy

:bd

JUN 0 7 2006

SEYFARTH SHAW

Tani Sapirstein, Esq.
June 6, 2006
Page 2

cc:     Lisa Damon