UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 04-30072-MAP

| | |
|---|---|
| JOSEPH ROSEMOND<br>   Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| STOP AND SHOP SUPERMARKET<br>COMPANY,<br>   Defendant | )<br>)<br>)<br>) |

## CHANGE OF ADDRESS

Sapirstein & Sapirstein, P.C. and Tani E. Sapirstein, Esq. have relocated to 1350 Main Street, 12th Floor, Springfield, MA 01103 effective June 30, 2006.

            The Plaintiff, Joseph Rosemond
            By Its Attorney,


            Tani E. Sapirstein, Esq.
            BBO # 236850
            SAPIRSTEIN & SAPIRSTEIN, P.C.
            1350 Main Street, 12th Floor
            Springfield, MA  01103
            Tel:  (413) 827-7500
            Fax: (413) 827-7797

Date: June 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to:

> Lisa J. Damon, Esq.
> Brigitte Duffy, Esq.
> Seyfarth Shaw LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028

Date: June 29, 2006

Tani E. Sapirstein, Esq.

K:\WP61\CASEFILE\ROSEMOND\Change of Address pleading.wpd