Exhibit A

(#94) Julie Pinard HR Manager
Paul Thibeault - Store Manager                            4/21/06

→ He has never ~~asked~~ told him about it.
* How long upset perfect? What was their discussion about Jess Appearance
  TB did tell JP not to have one w/ Jess.
  Behind closed doors w/ her
→ What does he know about it? Why do you feel something about this

#94  Ann Hollis - NPM                                      4/21/06

On 4/19/06, Ann was getting stuff for lunch
Joe calling the union
When Ann went to pay, J"can I talk to you on
your break b/c I was accused of doing something
I didn't do - I was threatened by mgr.

"Let me get upstairs, AH shut - Brought him upstairs
Harry Mangenti GMM gr. - witness

- Shortage on Register - needed to give a write up
  spoke briefly about him

- Said he was upset, talked to parents
- Last week, Joe brought him in - very serious matter
  said John was spreading rumors about him - Jessica stuff doing
  "Brice" → Both Joe-John know him as Q in Z outside
  John told Joe he didn't say it, John asked Joe who said
  Joe wouldn't tell him"
  - "you don't want to see the mean side of Joe Rosmund

000271                                        Stop & Shop 000415

4/21/06

#2

(Ann Hollis - con't)
1. ~~we told him~~ not to tell
2. → John called ~~Jessica~~ + asked ~~to~~ her who told Joe that
3. - Jessica said she didn't say it
4. - said he was going to quit
5. - You don't need to quit. "Don't go and quit over something
6.     like this. I will let someone
7. - He called market office   know."
8.   for Ken.
9. - Asked why. (called Jerry Bidwell)
10.
11. (1st statement) just summarize what you told me
12. ~~Thanke~~ - asked for more detailed statement.
13. "The whole front end knew about it even though
14. Joe said not to tell.

000272

Stop & Shop 000416



4/13/06 — Laura Romero 8:5  Kim
Ryan Lynch 3-7  p-mid.                      04/21/06
#94  John Young   John Young -- 12-6.
~~PT Cashier~~
~~Julie Pinard HR Manager~~
* JR is his manager, very friendly, "always cool"
* Does not know Joe outside of work
~~on 4/13/06, JY + JF were friends, JY was doing carriages, JF was talking about JY, said he never did anything.~~  (left margin: 4/13/06 was the first time Joe talked w/ Pinard)  (on 4/13/06 JR was standing by customer service, JF told him to shut him down)

(4/13/06) JF shut him down,     — called him into the office
A month later, ~~JF~~ JR brought JY into the office and said "What is my reg. short another $1000?"
 — joking
— "No man, we have something serious to talk about, "I heard from somebody that

Brice went to the the person who told Joe that Jess + Joe were hooking up on the side."
(JY) "Joe — who are you hearing this from?"  JR: "Don't worry about this man"
Joe ~~could~~ wouldn't tell ~~to~~ John who told him  — very nonchalant
— told Joe, "I have nothing but respect for you, I wouldn't do that"
"I believe you, it's a closed matter and don't bring it up to anyone
~~I trust~~ say that if you did, you wouldn't want to the mean side of Joe Rosemund".  (JY— "I'm glad you believe me."  was upset + shaking.)
@ Kelly Amino *
"Why are you so mad?"
went to call Brice, Joe R. told him not to.
JR: "Alright, what did she say? Just don't bring it up"

John Young (con't)    #2    4/21/06

1. JY - "ok, whatever, I am going to call Brice"
2. JY called Brice, and Brice denied that he said it
kept repeating it
3. "Don't crap where you eat." implied that Jess +
4. Joe did have something going on
5. Brice told him that Jess + Joe text message
6. JY went back to JR - said Brice said he didn't
7. say anything
8. Ryan McDonald (former Associate, Boston, MA)
9. Person that told JY that Jess called Joe and told
10. him JY was spreading rumors
11. "I heard you + Jess don't talk anymore"
12. Jess told him.
13. On Mon. or Tues JY called Jess, "why are you starting all of these problems"
14. Jess - "I don't know what you are talking about."
Mon/Tue
15. Jess: "You're blowing this out of proportion"
16. Jess told Joe that John + a few coworkers
17. were talking about her.
18. JY - "How come I got accused of this? I wouldn't do this to you." "I'm probably going to go to the union."
19. He really meant that he felt awkward.   work
20. ⊕ Has heard that Jess + Joe have gone out outside from
    Apart - Kim or Brice

John Young - (con't)

#3

⊛ on 4/21 - JF hugged her + said please don't be mad @ me.

Everyone on the frontend was talking -
(Kim) mentioned Joe & Jess - "who do you ne - who does nt know"
(Amanda) - knew about Joe & Jess hooking up on the side.
~~Jeff~~ Derosiers - Bragging.

000275

Stop & Shop 000419

4/25/04

a4

Jess Fisher
- ⊛ Going to nursing school
- ⊛ Joe - fair, good - lenient - just like Paul
  → listens to her emotional
- ⊛ Levi - too tough.

"Nothing going on w/ Joe"
does not see Joe outside of work
JF stated John Young was spreading rumors, told Joe
→ Called Joe B/c she needed to get into the office to use phone ✓
→ Didn't talk to him at all ✓

→ Didn't understand why she was there — get to bottom of this

this is not about getting you in trouble
we really do want to speak
we need you to be honest
NICELY

Doesn't appear that you have been truthful

why would these people

000276

- All of the contradictions
- Specific examples of where - when they were seen -
  "you aren't going to get in trouble"

Stop & Shop 000420

Joe Rosemund
Ken Burroughs - DM         4/25/04
Julie Pinard HRM

His wife + ~~Jess Fisher~~         - NO
~~Both went to~~ nursing school
— giving Jess nursing books ⎫ extent of
                              the friendship

* Jessica told JR that J asked her if they were
  ~~screwing around~~ messing around
  — JR doesn't remember

a month ago, waited until he saw John a
                 week or two later (about)

— talked to John about it in this office —
— no witnesses

JR said "It got to me that you were asking Jessica
  having an affair"
— Brought up Brice's name   — said he didn't so ←
— "I don't like people interfering w/ my personal life"
— He knew JR was pissed — they way he was
— ~~Ralph~~
— ~~wasn't yelling~~
— Didn't remember if he told him who he heard
— Did Jess Fisher tell you?
  — Don't worry about ~~too~~ who told me, I just
    want to know if u said that

000277                              Stop & Shop 000421

Joe Rosemund (con't)

Conversation over

"There is a Joe Rosemund that you don't want to see and to stay out of my personal life"

→ Involvement w/ Store Manager
- "You saw it as a serious issue, if you had called Paul, he would of called me, and I would of called Julie."

Joe –
this is what you told us last time ..
we received completely contradictory ..
you aren't going to get in trouble

Look Joe, you have to be honest, you are a manager, you have an obligation to be truthful, come on, for that reason, don't make any
get as much information as possible
serious if one slips send him home

94

Julie Pinard HR Mgr.

1. Kim Stafford - PTACDH
2. - text message each other
3. - call each other all the time
4. - have gone to a bar together - JF told
5. her about this

4/25/06

000279

Stop & Shop 000423

#94
(friendly's)

1. Phyllis Leech - cash officemgr
2. Dale Duquette - HR manager - Herndon casr
3. Julie Pinard

4/24/00

9. 4/15 - talked to her alone
(yesterday or the day before) ✗

11. Grover Twist - Produce mgr. #30
12. Laura Rachel - told Phyllis Leech that Joe + Jess were together in a relationship
14. Bover - Jess - Best friend's stepfather -
15. Sue Redfern - (former Deli mgr.)
16.                 Comes and goes as he pleases -
17. Favoritism w/ Jess - they were having lunch together
18. (formerly Corey Redfern) (other people were complaining)
19.
20. Joe - comes + goes as he pleases.   Priscilla Garcia - Back up Service Desk
                                         - fed up w/ the
21. - no follow-through -                 favoritism
                                         (Lori Romero)
22. Did he balance the self scanner - (takes money out of safe)
23. - Sue McCrory - talked to him about    doesn't record it
24.    this
25. #30 - Laura Rachel :
26.   GROVER TWIST :

000280

Stop & Shop 000424

#30    Laura Bajchel - MPM #94         04/27/06
       Ron Salvatore
       Sue Pinard


- probably heard on Fri. or Sat.
- Heard that there was something going on between Joe + someone else.


※ Has Joe come to you C all about this?
② interfering of an investigation.

000281

Stop & Shop 000425