Julie Phard - HR Mgr.
Ren Salvatore - HR Mgr.

4/27/06

#30  Grove/Twiss

- Has heard Jess talk about Joe @ the house w/ Corey Redfern.
- Told Corey that she went out w Joe
  " "     " that Joe was going to get her an apt. so that if anything happened, he could go somewhere.

- ~~Dairy~~ clerk (night) saw them dirking together

- Thinks that Corey & Amanda would speak to me.

(Jess)
* where does she live?

000282

Julie Pinard HR Mgr.
Ken Salvatore HR Mgr.

#94 Shawn O'Malley - PT Dairy Clerk    4/28/06
Hasn't been to a bar in the last 5 years.

#94 Laurie Remero - Head CSDH    4/28/06
They are very close - they will go upstairs of the day shift.

Joe - let her go home early, let her do whatever she wanted;

For the majority of the people, he will let them leave early; if they don't get their way w/ Laurie, then they go to Joe, they want to be liked.

#94 Caitlin Bland - PT Dairy Clerk    4/28/06
About a month ago, CB saw Jess + Joe @ CoBalt's - (18 + over), they were sitting together talking, + he said "Hi" to them :)

#94 Amanda

000283

Stop & Shop 000427

(#94)

Pinsalvature - yr mgr.
Julie Pinard HR mgr
Amanda Redfern - PT cashier

4/28/06

1) On 4/21 - day when Corey came over from delivering the baby, Jess ~~put Joe on~~ was over + put ~~Joe on~~ the phone (her cell phone)

2) one day, Jess was w/ Amanda, they were riding - she had a question about work, Je[ss] called Joe on his cell phone.

3) Her sister thinks "it is gross" ) b/c Joe is so much older than Jess.

Co

Joes schedule - (after 10p)
Tues: 8a - 6p
Wed: 11a - 11p
Thu: 9a - 6p

Jess Fisher: Tue. 1-6³
            Thu - 1-6.

000284

Corey Redfern - pt cashier
Julie Pinard - HR Mgr

4/28/06

★ Corey - I am Julie, an HR Mgr for S+S. The reason I am calling is Because I am doing an investigation about alleged inappropriate conduct by Joe Rexmind. Your name was Brought up as having info about it. I need you to share w/ me whatever information or knowledge you have.

(A)

→ Describe your relation w/ Joe - Jess

→ Describe their relationship -

MacDonald

- A lot closer than usual -
- They talk outside of work a lot. -
- Ryan McDonald - talks all of the time.

★ Jess even talks to his wife
- Jess handed to Corey her cell phone, I had to talk to him...) felt uncomfortable, just had to

★ Jess said that she and Joe went to Springfield and w/ Joe and went drinking.

★ His brother was a landlord and could get her an apt.

& He's just wierd, seems to be the flirty type. He's like 50.
★ she's 20 -
★ hasn't really heard out of her.

000285  Stop & Shop 000429



Ken Burroughs - DM
Julie Pinard - HRM

5/9/06

#94 Jess Fisher (follow up)

I am concerning our previous conversation. We really want to get to the bottom of this. You are getting into trouble. It Doesn't appear that you have been truthful w/ us.

You told me that there is nothing going on outside of work.

I have information that you and Joe do have a relationship of some kind outside of work —
— Yes, His brother had apartments + Jess was looking for an apartment (in the last month) An Apt. - Joe was arranging to get you an Apt.

"I'm not saying I did or didn't"

Cerey Redfern, you were Cerey's house and put be on the phone w/ Cerey. She was taken aback by that. "I'm not going to answer this."

You have told others that you have gone drinking w/ Joe. A PT Associate here Bumped into you and Joe at a Bar - completely denied this;

Grover Twiss → There are a lot of contradictions here — why? Why would all of these people say this? "I'm not of how can I get in to the bar?"
→ As for as the drinking;
Doesn't even have Joe's cell phone number.

000286

when you ask a person if they are somewhere and they answer, they are not going to answer, they are not being truthful

Stop & Shop 000430

#94

Ken Burroughs - DM
Julie Pinard HRM
Joe Rosmund

5/9/06

2
3  "I'm not answering this."
4  "I'm not [answering] anymore of these questions."
5
6  Can you tell us why to respond
7
8
9  this is your last chance,
10     why don't you go home
11  this has nothing to do with your lawsuit;
    this is  A current issue.
12  We are not accusing you of anything.
13  trying to gather facts;
14
                              nor
15  we all of asking you to participate in investigation
16  regarding violation of company policy
17  are you telling me that you are unwilling
18  to cooperate
19
20
21  why?
22
(KB) 23 Joe, I don't want to waste anyone's time here, this
24  is your last chance.
25
26  CR: "How you feeling, hows the baby."
27  JR acknowledged this.
28  Further conversation.   JR hangs up, didn't
                            talk to JRSE

000287

Stop & Shop 000431

"We ask the questions, people give the answer."

it is our job to ask the questions

KB told JR to get a "partner" when he crosses the line

- Other people call him w/ their concerns.

last

000288

Stop & Shop 000432

Anything involving an investigation is critical

"I want to be crystal clear"

"I want to be fair to you"

initially the investigation was about your

we are trying to culminate, and set the interviews

we are doing an investigation we ask questions.

we need to complete and resolve this

You are a member of mgmt. - You need to be co—

forthright and participative.

It is very important that you understand

we are back here b/c of what you told us.

Ⓧ My attorney said that I didn't have to answer that

You brought it to us by cj.

"I am not ans'g anymore questions."

Lawsuits.

"How do I know that?"

"I hear what you're saying to me."

"I was advised not to say anything by my atty"

we are here to ask you questions as a member of mgmt — Depends on the question.

000289

Stop & Shop 000433

"Can I get back to you?"
— You stop answering the questions —
these questions are about the incident.

"She's a friend of mine."

"I talk to her outside of work."

"I see her outside of work."
Movie: no
Social gatherings: no

He hasn't had a beer in years.

"I did not go to the bar w/ Jessica."
"I saw her at the bar."
At the Cobalt — yes
You saw her at the Cobalt. Yes, I conversed with her.
— A couple of months ago. "You happened to see her."

I don't believe that Jess told them that.     "Joe has everyone's cell phone"
It on the phone — yes, I have spoken to her,    "I have her cell phone number
a while ago; a couple of mths. ago              Jess has his"
gotta set out of my mom's house"
e called his brother, who had an apartment for rent

000290

Stop & Shop 000434

(follow up w/ Jess Fisher)                    ~~5/10/06~~ 5/11/06

Did Joe contact you about this?
When did you talk to Joe about this?
What time?
How long did you talk?

Did you talk to him after the first conversation?
Did he tell you not to say anything?

W ⟶ (later them that night)
Jess called Joe — ask them
"didn't tell them the truth"  "didn't want to get him in trouble and I didn't want to get in trouble"
— RE: cell phone

~~D~~ ⓙⓕ after the first time
"I got questioned" — "Yes, I did too." ⟶ ⓙⓕ
I called him, no I talked to him a week later ⟶ after the first ~~int~~ initial conversation; I was on register and he just walked by

Her mom told her to call Joe

~~they~~ were planning to meet up @ a bar where Joe was @ a bar playing pool.

KB asked Jessica if there was anything else ~~besides~~ that she wanted to add

000291
Stop & Shop 000435



(#4) Jess Fisher
Ken Burroughs                                    5/11/06

"I was scared – I didn't know what I was saying..."

- Please be forthright

* Cobalt's she saw Joe; a month or two months ago

* They have each other's cell phone; JF did ask to speak w/ CR @ Cerey's house
 - "They are just friends outside of work."
 - JF / I knew this was coming B/c I talked to Joe and he gave complete different answers than I did.

Rumor was spread that Jess + Joe had something going on.

* Why would you keep this from us?
  I didn't know, I didn't think it was proper.

→ Putting their stories together.

Does you talk to Joe about this? when? where? how long? did/why you not to say anything? Did Joe ever contact Jan/Beth Young

"Can I get back to you?"
- You sb answering the questions..
these questions are about the incident.

"She's a friend of mine."

"I talk to her outside of work."

× "I see her outside of work."
Movie - no
social gatherings: no

He hasn't had a beer in years.

"I did not go to the bar w/ Jessica."
"I saw her at the bar."
~~At the~~ At the Cobalt - yes
You saw her at the Cobalt. Yes, I conversed with her.
- A couple of months ago. "You happened to see her."

~~be~~ I don't believe that Jess told them that.
all on the phone - yes, I have spoken to her,
Awhile ago; A couple of nths. ago
"Gotta get out of my mom's house"
He called his brother, who had an apartment for rent

"Joe has everyone's cell phone"
"I have her cell phone number
Jess has his"

000293

"we ask the questions, people give the answer."

it is our job to ask the questions

KB told JR to get a "partner" when he crosses the line

- other people call him w/ their concerns.

④ not a frequent caller...

000295

Stop & Shop 000439

John Young - (con't)

#3

① on 4/21 - JF hugged her + said please don't be mad @ me.

- Everyone on the frontend was talking -
- (Kim) mentioned Joe + Jess - "Who do you ne - who does n't know."
- (Amanda) - knew about Joe + Jess hooking up on the side.
- ~~Jiff~~ Deusers - Bragging.

000296

Stop & Shop 000440