# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ROSEMOND, )<br>　　　　Plaintiff, )<br>v. )<br>　)<br>STOP AND SHOP SUPERMARKET )<br>COMPANY, )<br>　　　　Defendant. )<br>　) | C.A. No. 04-30072-MAP |

## DEFENDANT'S ASSENTED-TO MOTION TO RESCHEDULE STATUS CONFERENCE SCHEDULED FOR OCTOBER 25, 2006

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), Defendant The Stop & Shop Supermarket Company LLC ("Stop & Shop") hereby moves this Court to reschedule the status conference scheduled for Wednesday, October 25, 2006 at 2:30 p.m. As grounds for this motion, Stop & Shop states that its counsel has a scheduling conflict on that date, and is unable to attend the scheduled conference.

Attorney Sapirstein, counsel for Mr. Rosemond, has agreed to a rescheduling of the conference if this Court so orders. Both parties are available on November 6, 7 and 20th in the morning, and all day on November 14th.

WHEREFORE, Defendant Stop & Shop respectfully requests that this Court reschedule the conference scheduled for October 25, 2006.

        Respectfully submitted,

        The Stop & Shop Supermarket Company LLC

        By its attorneys,

        /s/ Brigitte M. Duffy
        Lisa J. Damon (BBO # 558843)
        Brigitte M. Duffy (BBO # 567724)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        (617) 946-4800

Dated: October 18, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     Pursuant to Local Rule 7.1(A)(2), I hereby certify that my office contacted counsel for Plaintiff, Tani Sapirstein in a good faith attempt to resolve or narrow the issue(s) raised in the instant Motion.  Counsel has given her assent to this motion

        /s/ Brigitte M. Duffy

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on October 18, 2006.

        /s/ Brigitte M. Duffy