```
        UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MASSACHUSETTS
```

JOSEPH ROSEMOND,              )
       Plaintiff         )
                        )
    v.                       ) C.A. 04-30072-MAP
                        )
STOP AND SHOP SUPERMARKET CO., )
       Defendant         )


## FINAL PRETRIAL ORDER

November 8, 2006

PONSOR, D.J.

Counsel appeared before this court for a status conference on November 8, 2006. Based on counsel's representations, the court orders as follows:

    1. Counsel will appear again for a final pretrial conference on December 20, 2006 at 2:30 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.

    2. Trial in this matter will commence on February 26, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection. The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m.

    3. Proposed <u>voir dire</u> questions, proposed jury instructions and motions <u>in limine</u> will be filed no later than February 19, 2007.

    It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge