## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ROSEMOND,<br>　　　　Plaintiff,<br>v.<br><br>STOP & SHOP SUPERMARKET<br>COMPANY,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. NO. 04-30072-KPN<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Brigitte M. Duffy as counsel for Defendant The Stop & Shop Supermarket Company LLC.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THE STOP & SHOP SUPERMARKET
　　　　　　　　　　　　　　　　　　COMPANY LLC

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Brigitte M. Duffy
　　　　　　　　　　　　　　　　　　Lisa J. Damon (BBO No. 558843)
　　　　　　　　　　　　　　　　　　Brigitte M. Duffy (BBO No. 567724)
　　　　　　　　　　　　　　　　　　Seyfarth Shaw LLP
　　　　　　　　　　　　　　　　　　World Trade Center East
　　　　　　　　　　　　　　　　　　Two Seaport Lane, Suite 300
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210-2028
　　　　　　　　　　　　　　　　　　(617) 946-4800

DATED: November 14, 2006

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on November 14, 2006

                                                /s/ Brigitte Duffy

BO1 15812697.1