UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH ROSEMOND, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-30072-KPN |
| | ) | |
| THE STOP & SHOP SUPERMARKET COMPANY LLC, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Leah M. Moore of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02110, as counsel for Defendant The Stop & Shop Supermarket Company LLC, in connection with the above-captioned action.

Respectfully submitted,

THE STOP & SHOP SUPERMARKET COMPANY LLC
By its attorneys,

/s/ Leah M. Moore_____
Lisa J. Damon (BBO No. 558843)
Leah M. Moore (BBO No. 658217)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Dated:  November 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on November 15, 2006

/s/ Leah M. Moore_____