UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ROSEMOND,<br>      Plaintiff,<br>v.<br><br>THE STOP AND SHOP SUPERMARKET<br>COMPANY LLC<br>      Defendant. | C.A. No. 04-CV-30072 (MAP) |

### JOINT REPORT ON SETTLEMENT

Pursuant to the Court's instruction during the January 4, 2007 Pre-Trial Conference, Plaintiff Joseph Rosemond ("Plaintiff" or "Mr. Rosemond") and Defendant The Stop and Shop Supermarket Company LLC ("Defendant" or "Stop and Shop") (together, the "Parties"), hereby submit their Joint Report on Settlement.

The Parties state that they have engaged in good faith discussions regarding settlement and would like to continue to explore the possibility with the Court's assistance. The Parties therefore request the Court schedule a second conference to assist the Parties in their continued settlement discussions. The Parties are available for conference on Thursday afternoon, January 18, 2007; Tuesday morning, January 23, 2007; Monday afternoon, January 29, 2007; and any time Wednesday, January 31, 2007. The Parties remain appreciative of the Court's continued assistance in this matter.

-2-

<div style="display: flex;">
<div>

Respectfully submitted,

JOSEPH ROSEMOND

By his attorneys,

/s/ Tani E. Sapirstein
Tani E. Sapirstein (BBO No. 236850)
SAPIRSTEIN & SAPIRSTEIN
1350 Main Street
12th Floor
Springfield, MA 01103
(413) 827-7500

</div>
<div>

THE STOP AND SHOP
SUPERMARKET COMPANY LLC

By its attorneys,

/s/ Leah M. Moore
Lisa J. Damon (BBO No. 558843)
Leah M. Moore (BBO No. 658217)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

</div>
</div>

Dated: January 12, 2007

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on January 12, 2007.

/s/ Leah M. Moore

BO1 15822969.1