# SEYFARTH SHAW LLP
ATTORNEYS

Writer's direct phone
(617) 946-4880

Writer's e-mail
ldamon@seyfarth.com

Writer's direct fax
617-790-6780

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

February 5, 2007

**VIA FACSIMILE 413-785-0204**
**AND U.S. MAIL**

Honorable Michael A. Ponsor
United States District Court for the
District of Massachusetts
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re: Joseph Rosemond v. Stop & Shop Supermarket Company LLC
C.A. No. 04-30072-KPN

Dear Judge Ponsor:

I write on behalf of Stop & Shop Supermarket Company LLC in the above referenced matter. As you are aware, despite the Court's best efforts, the Parties did not reach the Court's proposed settlement. During the settlement conference, I alerted you to a potential medical situation with my 91 year old mother. The doctor has informed me that surgery should proceed as soon as possible. Unfortunately, I am solely responsible for my mother and need to be with her for the surgery and recovery period. Accordingly, I request a three week postponement of our trial date so that I may care for my mother.

Thank you very much for your consideration.

Very truly yours,

SEYFARTH SHAW LLP

Lisa Damon

:mc

BRUSSELS · WASHINGTON, D.C · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

02/05/2007 MON 17:38 [TX/RX NO 7064] ☒004