UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH ROSEMOND

       V.                        CA 04-30072-MAP

STOP & SHOP SUPERMARKETS

## SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED  MARCH 20, 2007

SARA THORNTON
CLERK

      /s/Elizabeth A. French
BY: _____
Elizabeth A. French
Deputy Clerk