UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ROSEMOND,<br>　　　　Plaintiff,<br>v.<br><br>THE STOP AND SHOP SUPERMARKET<br>COMPANY LLC<br>　　　　Defendant. | C.A. No. 04-CV-30072 (MAP) |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Joseph Rosemond ("Plaintiff"), and the Defendant, The Stop and Shop Supermarket Company LLC ("Defendant"), in the above-captioned action hereby stipulate to the voluntary dismissal of all Counts of Plaintiff's Complaint against Defendant in this action with prejudice and without costs or interest to either party. All rights of appeal are hereby waived.

Respectfully submitted,

| JOSEPH ROSEMOND | THE STOP AND SHOP<br>SUPERMARKET COMPANY LLC |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Tani E. Sapirstein<br>Tani E. Sapirstein (BBO No. 236850)<br>SAPIRSTEIN & SAPIRSTEIN<br>1350 Main Street<br>12th Floor<br>Springfield, MA  01103<br>(413) 827-7500 | /s/ Leah M. Moore<br>Lisa J. Damon (BBO No. 558843)<br>Leah M. Moore (BBO No. 658217)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>(617) 946-4800 |

Dated:  April 17, 2007

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on April 17, 2007.

                      /s/ Leah M. Moore

BO1 15834271.1